UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DANYEL P.,**

      **Plaintiff,**      Case No. 2:21-cv-2405
  **v.**      **JUDGE EDMUND A. SARGUS, JR.**
       Magistrate Judge Elizabeth Deavers
**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 13, 2022. (ECF No. 18.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **SUSTAINS** Plaintiff's Statement of Errors, **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of § 405(g).

    **IT IS SO ORDERED.**

**9/7/2022**                          **s/Edmund A. Sargus, Jr.**
**DATE**                             **EDMUND A. SARGUS, JR.**
                                       **UNITED STATES DISTRICT JUDGE**